IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 19 AM 9: 3_

ROBERT R. DI_ _CLIO
CLERK, U.S. DI_T. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | No. 03-20363-D |
| vs. | * | |
| RODNEY TATE, | * | |
| Defendant. | * | |

## ORDER RELEASING GRAND JURY INFORMATION TO DEFENDANT, DEFENSE COUNSEL THE PROBATION OFFICER AND THE COURT FOR USE AT SENTENCING

It is hereby ORDERED that the Government's Motion for permission to disclose, under the conditions described below, the transcript of the testimony before the grand jury of defendant RODNEY TATE, is hereby GRANTED, and said transcript may be disclosed as follows:

    a.    The defendant and his counsel will be provided a copy of the transcript of that defendant's testimony before the grand jury before sentencing.

    b.    The Probation Officer assigned to this matter will be provided with a copy of the transcript of the grand jury testimony of the above-named defendant before sentencing for use in connection with the sentencing of the testifying defendant.

    c.    The Government will file under seal a copy of the transcript of the grand jury testimony of the above-named defendant, for the Court's consideration in sentencing and in connection with any departure motion.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05



DONE at Memphis, Tennessee, this 18th day of April, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CR-20363 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT